# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*February 16, 2007*

[Cite as *02/16/2007 Case Announcements,* 2007-Ohio-646.]

## DISCIPLINARY CASES

**2006–1994. Toledo Bar Assn. v. Cook.**
Board of Commissioners on Grievances and Discipline, No. 05–047. This cause is pending before the court upon the filing of a report by the Board of Commissioners on Grievances and Discipline. Upon consideration of respondent's emergency motion to adjourn and to reschedule oral argument,
   It is ordered by the court that the motion is denied.
   It is further ordered by the court that the oral argument shall proceed on the date scheduled but that, should respondent's attorney not appear for argument, the case will be submitted on the briefs.

## MISCELLANEOUS DISMISSALS

**2006–0391. State ex rel. Hall v. Bd. of Cty. Commrs. of Morrow Cty.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of relator's application for dismissal,
   It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

**2006–2206. State ex rel. Kelley v. Indus. Comm.**
Franklin App. No. 05AP–1161, 2006-Ohio-5514. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's application for dismissal,
   It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

**2006–2404. Stanley Works v. Levin.**
Board of Tax Appeals, No. 2004–B–1151. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of appellant's application for dismissal,
   It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

**2007–0001. West v. Toledo Police Dept.**
Lucas App. No. L–05–1312, 2006-Ohio-6051. This cause is pending before the court as an appeal from the Court of Appeals for Lucas County. Upon consideration of appellants' application for dismissal,
   It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

## MEDIATION REFERRALS

   The following case has been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2007–0149. State ex rel. Flunder v. Indus. Comm.**
Franklin App. No. 05AP–1057, 2006-Ohio-6635.